UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8A

| | |
|---|---|
| MAPLE LEAF MARKETING, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                              Defendant. | Court No. 20-3839 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: __March 18, 2024__

                                                /s/ Richard F. O'Neill
                                                Attorney for Plaintiff

                                              701 Fifth Ave., Ste. 4200
                                                    Street Address

                                              Seattle, WA 98104-2159
                                               City, State and Zip Code

                                              (206) 905-3648
                                                        Telephone No.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:  AIMEE LEE
Assistant Director

GUY EDDON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
Attorneys for Defendants

## UNITED STATES COURT OF INTERNATIONAL TRADE

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 21-181 | MAPLE LEAF MARKETING, INC. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: __March 20, 2024__

Clerk, U. S. Court of International Trade

By: ___/s/ Steve Taronji___
Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

3